```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01674
   MARILYN MILLER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7030

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/31/2007 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE  SECURED VEHIC    26541.30          2185.48         6834.07
NISSAN MOTOR ACCEPTANCE  UNSECURED        NOT FILED             .00             .00
BALLYS TOTAL FITNESS     UNSECURED        NOT FILED             .00             .00
PREMIER BANCARD CHARTER  UNSECURED          348.93              .00             .00
PREMIER BANCARD CHARTER  UNSECURED          394.24              .00             .00
FIRST SAVINGS CREDIT CAR UNSECURED        NOT FILED             .00             .00
COLORADO TECHNICAL UNIVE UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED          380.31              .00             .00
SPRINT-NEXTEL CORP       UNSECURED          293.61              .00             .00
ERNESTO D BORGES JR      DEBTOR ATTY      2,000.00                           862.45
TOM VAUGHN               TRUSTEE                                             758.00
DEBTOR REFUND            REFUND                                                 .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                10,640.00

PRIORITY                                         .00
SECURED                                      6,834.07
    INTEREST                                 2,185.48
UNSECURED                                        .00
ADMINISTRATIVE                                 862.45
TRUSTEE COMPENSATION                           758.00
DEBTOR REFUND                                    .00
                      ---------------     ---------------
TOTALS                 10,640.00             10,640.00



              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01674 MARILYN MILLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 01674 MARILYN MILLER